IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| VIRGINIA DAVIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12cv710 |
| | § | |
| UNITEDHEALTHCARE INSURANCE COMPANY, INC. | § § § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 30, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant UnitedHealthcare Insurance Company's Motion for Summary Judgment (Dkt. 28) be GRANTED, that Plaintiff Virginia Davis take nothing by her claims against Defendant UnitedHealthcare Insurance Company, that Defendant be awarded its costs, and that the matter be closed on the court's docket.

Having received the report of the United States Magistrate Judge and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant UnitedHealthcare Insurance Company's Motion for Summary

1

Judgment (Dkt. 28) is GRANTED and Plaintiff Virginia Davis shall take nothing by her claims against Defendant UnitedHealthcare Insurance Company.

    **IT IS SO ORDERED.**

    **SIGNED this the 28th day of September, 2014.**

    _____
    RICHARD A. SCHELL
    UNITED STATES DISTRICT JUDGE